## BARNETT *v.* C. E. PAULEY & COMPANY, INC.

[No. 14,982.   Filed October 20, 1933.]

*Bernard Stroyman*, for appellant.
*Coleman & Coleman*, for appellee.

PER CURIAM.—On confession of error by appellee, the judgment

of the lower court is reversed with instructions to sustain the motion for a new trial and grant a new trial in said cause.

It is further ordered that this judgment be certified to the clerk below this 20th day of October, 1933.